**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| PAUL M. ST. JOHN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 09-4196 |
| JOHN E. POTTER | : | |
| U.S. POSTMASTER GENERAL | : | |

**ORDER**

AND NOW, this 4th day of March, 2011, upon careful consideration of Defendant's

Motion for Summary Judgment (ECF No. 20), the parties' supplemental letter briefing, and oral

argument, it is hereby ORDERED that the Motion is GRANTED for the reasons in the

accompanying Memorandum on Summary Judgment. In light of this Court's decision on

Defendant's Motion for Summary Judgment, Plaintiff's Motion for Stay (ECF No. 27) is hereby

DENIED as moot.

The Clerk shall close this case.

BY THE COURT:

s/Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-4196 St. John v. Potter\St. John v. Potter, 09-4196 MSJ ORDER.wpd